FILED
NOV 30 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '11 CR 5477 DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| MARIA DE LOS ANGELES GUTIERREZ, | |
| Defendant. | |

The grand jury charges:

On or about September 24, 2011, within the Southern District of California, defendant MARIA DE LOS ANGELES GUTIERREZ did knowingly and intentionally import 5 kilograms and more, to wit: approximately 22.65 kilograms (49.83 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 30, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
EMILY J. KEIFER
Assistant U.S. Attorney

EJK:lml:Imperial
11/28/11